## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
#### Southern District of Indiana

Case Number: 1:19-CV-3308-JRS-TAB

Plaintiff:
**Keith F. Bell**

vs.

Defendant:
**Bartholomew Consolidated School Corporation and Timothy Bless**

TPL2019224224

For:
David F. Tamaroff
MORGAN & MORGAN, P.A.
703 Waterford Way
Suite 1050
Miami, FL 33126

Received by PHIPPS REPORTING on the 4th day of November, 2019 at 1:28 pm to be served on **Bartholomew Consolidated School Corporation c/o Jim ROberts, Superintendent, 1200 Central Ave, Columbus, IN 47201**.

I, Russell Crossland, being duly sworn, depose and say that on the 4th day of November, 2019 at 4:14 pm, I:

served a CORPORATION by delivering a true copy of the Summons in a Civil Action, Complaint and Demand for Jury Trial with Exhibits to: **Jane Surf as Executive Assistant for Bartholomew Consolidated School Corporation**, at the address of: **1200 Central Ave, Columbus, IN 47201**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry, the intended recipient of the legal documents is not in the military service.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
11/4/2019 4:12 pm Attempted service at 1200 Central Ave, Columbus, IN 47201, attempted serve I'm superintendent was not in so his executive assistant sign for it and received it her name was Jane surf

**Description of Person Served:** Age: 62, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 140, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

State of ___IN___

County of ___Jennings___

Subscribed to before me on the ___5+h___
day of ___November___, 2019.
by the affiant who is personally known to me.

___Carrie L. Adams___
NOTARY PUBLIC

**Russell Crossland**
Process Server

**PHIPPS REPORTING**
20 North Orange Avenue
Suite 700
Orlando, FL 32801
(888) 811-3408

Our Job Serial Number: TPL-2019224224



Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1e

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| KEITH F. BELL | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:19-cv-3308-JRS-TAB |
| | ) | |
| BARTHOLOMEW CONSOLIDATED SCHOOL | ) | |
| CORPORATION and TIMOTHY BLESS | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BARTHOLOMEW CONSOLIDATED SCHOOL CORPORATION
c/o Dr. Jim Roberts, Superintendent
1200 Central Avenue
Columbus, Indiana 47201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David F. Tamaroff, Esq.
Morgan & Morgan, P.A. - Business Trial Group
703 Waterford Way, Suite 1050, Miami, Florida 33126
Tel: (305) 929-1922 / Fax: (305) 929-1941
dtamaroff@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:          8/7/2019

_____
*Signature of Clerk or Deputy Clerk*