# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Southern District of Indiana

Case Number: 1:19-CV-3308-JRS-TAB

**Plaintiff:**
Keith F. Bell

vs.

**Defendant:**
Bartholomew Consolidated School Corporation and Timothy Bless

TPL2019224227

**For:**
David F. Tamaroff
MORGAN & MORGAN, P.A.
703 Waterford Way
Suite 1050
Miami, FL 33126

Received by PHIPPS REPORTING on the 4th day of November, 2019 at 1:28 pm to be served on Timothy Bless, 1040 27th St, Columbus, IN 47201.

I, Russell Crossland, being duly sworn, depose and say that on the 4th day of November, 2019 at 5:23 pm, I:

SUBSTITUTE served by delivering a true copy of the Summons in a Civil Action, Complaint and Demand for Jury Trial with Exhibits with the date and hour of service endorsed thereon by me, to: Jill Bless as Wife at the address of: 1040 27th St, Columbus, IN 47201, the within named person's usual place of Abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes

**Military Status:** Based upon inquiry, the intended recipient of the legal documents is not in the military service.

**Marital Status:** Based upon inquiry of party served. Defendant is married.

**Description of Person Served:** Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

State of __IN__

County of __Jennings__

Subscribed to before me on the __5th__ day of __November__, 2019, by the affiant who is personally known to me.

_Carrie R Adams_
NOTARY PUBLIC

Russell Crossland
Process Server

PHIPPS REPORTING
20 North Orange Avenue
Suite 700
Orlando, FL 32801
(888) 811-3408

Our Job Serial Number: TPL-2019224227

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1e



NOTARY PUBLIC
CARRIE L. ADAMS
NO. 671630
EXP. 8/19/23
STATE OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| KEITH F. BELL <br><br> *Plaintiff(s)* <br><br> v. <br><br> BARTHOLOMEW CONSOLIDATED SCHOOL CORPORATION and TIMOTHY BLESS <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-3308-JRS-TAB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TIMOTHY BLESS
1040 27th Street
Columbus, Indiana 47201-3643

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David F. Tamaroff, Esq.
Morgan & Morgan, P.A. - Business Trial Group
703 Waterford Way, Suite 1050, Miami, Florida 33126
Tel: (305) 929-1922 / Fax: (305) 929-1941
dtamaroff@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/7/2019

*Signature of Clerk or Deputy Clerk*