UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Keith F. Bell;

      Plaintiff,

v.

                                  Case No: 1:19-cv-03308-JRS-TAB

Bartholomew Consolidated School Corporation and Timothy Bless,

      Defendants.

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: Defendant Bartholomew Consolidated School Corporation.

Date:    <u>November 22, 2019</u>    Respectfully Submitted,

                                              *Liberty L. Roberts*
                                              Liberty L. Roberts, Atty. No. 23107-49
                                              Attorney for Defendant Bartholomew Consolidated School Corporation
                                              CHURCH CHURCH HITTLE + ANTRIM
                                              Two North Ninth Street
                                              Noblesville, IN 46060

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November 2019, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system.

David F. Tamaroff, Florida Bar No. 92084
Email: dtamaroff@forthepeople.com
Aiman Farooq, Florida Bar No. 106351
Email: afarooq@forthepeople.com
MORGAN & MORGAN, P.A.
Business Trial Group
703 Waterford Way, Suite 1050
Miami, Florida 33126
T: 305-929-1922 /F: 305-929-1941
*Attorneys for Plaintiff*

*Liberty L. Roberts*
Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T:  (317)773-2190 / F:  (317)773-5320
Email:  LRoberts@cchalaw.com